## FORD MARKETING CORP. v. INSURANCE CO.

No. 183 PC.

Case below: 33 N.C. App. 297.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

## INDIAN TRACE CO. v. SANDERS

No. 190 PC.

Case below: 33 N.C. App. 386.

Petition by defendant for discretionary review under G.S. 7A-31 denied 23 August 1977.

## IN RE ETHERIDGE

No. 7 PC.

Case below: 33 N.C. App. 585.

Petition for discretionary review under G.S. 7A-31 denied 23 August 1977.

## STATE v. BALDWIN

No. 191 PC.

Case below: 32 N.C. App. 599.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 23 August 1977.

## STATE v. BAUM

No. 211 PC.

Case below: 33 N.C. App. 633.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 23 August 1977.